# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | Mag. No. 19-4298 |
| ZAMID LOWERY | : | |

I, Angel Casanova, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached page and made a part hereof.

_____
Angel Casanova, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence, on this 23rd day of May, 2019, in Newark, New Jersey.

HONORABLE MICHAEL A. HAMMER            _____
United States Magistrate Judge                    Signature of Judicial Officer

## ATTACHMENT A

On or about September 23, 2018, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

## ZAMID LOWERY

possessed two firearms in and affecting commerce, namely: (a) a 7.62 x 39-millimeter Palmetto State Arms PSAK47 semiautomatic rifle, bearing serial number AKB008365; and (b) a 9-millimeter Glock Model 17 semiautomatic handgun, bearing serial number SAD134, after having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Essex County, and did so knowingly.

In violation of Title 18, United States Code, Section 922(g)(1).

## ATTACHMENT B

I, Angel Casanova, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about January 26, 2016, defendant ZAMID LOWERY was convicted in the Superior Court of New Jersey, Essex County, for Possession of a Firearm for an Unlawful Purpose, in violation of N.J.S.A. 2C:39-4A, a crime punishable by imprisonment for a term exceeding one year.

2. On September 23, 2018, defendant ZAMID LOWERY entered an indoor shooting range in Passaic County, New Jersey ("Shooting Range").

3. While at the Shooting Range, defendant ZAMID LOWERY rented two firearms, specifically: (a) a 7.62 x 39-millimeter Palmetto State Arms PSAK47 semiautomatic rifle, bearing serial number AKB008365 ("Firearm-1"); and (b) a 9-millimeter Glock Model 17 semiautomatic handgun, bearing serial number SAD134 ("Firearm-2"). Defendant ZAMID LOWERY also purchased two boxes of 7.62 x 39-millimeter ammunition, and one box of 9-millimeter ammunition.

4. While at the Shooting Range, defendant ZAMID LOWERY possessed and discharged Firearm-1 and Firearm-2. Defendant ZAMID LOWERY subsequently admitted verbally and in writing to law enforcement that he went to the Shooting Range and discharged firearms.

5. Prior to defendant ZAMID LOWERY's possession and discharge of Firearm-1 and Firearm-2 in New Jersey on September 23, 2018, the firearms moved in interstate commerce. The firearms are operable.