# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Michael A. Hammer |
| v. | : | Mag. No. 19-4298 |
| ZAMID LOWERY | : | **ORDER FOR CONTINUANCE** |

This matter having been opened to the Court by Craig Carpenito, United States Attorney for the District of New Jersey (Jonathan W. Romankow, Assistant U.S. Attorney, appearing), and defendant Zamid Lowery (K. Anthony Thomas, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to 18 U.S.C. § 3161(b); and one continuance having previously been granted; and the defendant through his attorney requesting a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) so that the defendant will have additional time to consult with his attorney and to further investigate the charge in this matter, and to discuss plea negotiations; and the defendant being aware that he has the right to proceed to trial within 120 days of his arrival in the receiving State (i.e., this District) under the Interstate Agreement on Detainers Act ("IADA"); and the defendant having consented to this continuance and he and/or his counsel having waived such right on his behalf and with his concurrence in open court; and the United States having no opposition; and for good and sufficient cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant, though his counsel, has requested additional time to consult with his counsel regarding this case to further investigate the charge in this case and to discuss plea negotiations.

2. The grant of a continuance will ensure that the defendant has sufficient time to consult with his counsel regarding the status of this case, to further investigate the charge in this matter and to discuss plea negotiations.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

5. Pursuant to the IADA, Article IV(c), good cause for this continuance request has been shown and this continuance request of the parties, including its length, is reasonable and necessary to allow the defendant sufficient time to consult with counsel and the government to discuss a potential resolution to this case.

WHEREFORE, it is on this 20th day of August, 2019,

ORDERED that the proceedings scheduled in the above-captioned matter are continued under the Speedy Trial Act and the IADA from the date of this Order through and including October 15, 2019; and it is further

ORDERED that the period from the date of this Order through and including October 15, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that the period from the date of this Order through and including October 15, 2019 shall be excludable in computing the 120 days within which the defendant is entitled to proceed to trial under the IADA.

*[signature]*

HONORABLE MICHAEL A. HAMMER
United States District Judge

Form and entry
consented to:

*[signature]*

JONATHAN ROMANKOW
Assistant U.S. Attorney

*[signature]*

K. ANTHONY THOMAS, Esq.
Counsel for Defendant Zamid Lowery